
FILED
CLERK, U.S. DISTRICT COURT
SEP - 6 2019
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE CARDOZA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>N. STRAUSS, et al.,<br><br>　　　　　Defendants. | CASE NO. 2:17-cv-09201-R (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Granting Defendants' Motion to Dismiss, **IT IS ADJUDGED** that the Complaint is dismissed without leave to amend, and this action is dismissed with prejudice.

DATED: September 6, 2019

　　　　　　　　　　　　　　　　　／s／ Gary Klausner
　　　　　　　　　　　　　　　　　R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE